# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONALD STEPHENS**                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 4:22-CV-00181-BSM**

**UNITED STATES ENVIRONMENTAL**                                  **DEFENDANT**
**SERVICES, L.L.C.**

## ORDER

Donald Stephens's motion to extend the discovery deadline [Doc. No. 20] is granted. The deadline to complete discovery is July 24, 2023 and the deadline to file dispositve motions is August 24, 2023. All other deadlines remain the same. William Kees's motion to withdraw as counsel for Donald Stephens [Doc. No. 19] is granted. The clerk is directed to terminate Kees as counsel and send a copy of this order to Stephens. Within thirty days of this order, Stephens must retain new counsel or file notice that he plans to proceed *pro se*. United States Environmental Services, LLC's motion for leave to file its motion to enforce under seal [Doc. No. 21] is granted and Stephens's motion to extend time to respond [Doc. No. 22] is denied because Environmental Services has not yet filed its motion to enforce and therefore the motion is not ripe.

IT IS SO ORDERED this 16th day of June, 2023.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE