IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD STEPHENS**                                                                                             **PLAINTIFF**

**v.**                                  **CASE NO. 4:22-CV-00181-BSM**

**UNITED STATES ENVIRONMENTAL
SERVICES, LLC**                                                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed.

IT IS SO ORDERED this 31st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE